# EXHIBIT A-1

224th District Court

# Case Summary
## Case No. 2022CI06624

| | | |
|---|---|---|
| **Erik Greenway VS Hayward Industries, Inc.** | § § § | Location: **224th District Court**<br>Judicial Officer: **224th, District Court**<br>Filed on: **04/11/2022** |

## Case Information

| | |
|---|---|
| Case Type: | OTHER PRODUCT LIABILITY |
| Case Status: | **04/11/2022** Pending |

## Assignment Information

**Current Case Assignment**
Case Number   2022CI06624
Court            224th District Court
Date Assigned   04/11/2022
Judicial Officer  224th, District Court

## Events and Orders of the Court

04/11/2022   New Cases Filed (OCA)

04/11/2022   PETITION

04/19/2022   **Citation**

05/19/2022   LETTER TO DISTRICT CLERK
   *requesting copy of document*

05/20/2022   EMAILED COPY OF:
   *citation to Wilson Elser*